# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-0214
LT Case No. 16-2022-CF-001867-AXXX

_____

JONATHON BURNS NETHERLAND,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

Appeal from the Circuit Court for Duval County.
Adrian G. Soud, Judge.

Jessica J. Yeary, Public Defender, and Jasmine Dixon, Assistant
Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Zachary Lawton, Assistant
Attorney General, Tallahassee, for Appellee.

August 9, 2024

PER CURIAM.

   AFFIRMED.

WALLIS, LAMBERT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____